IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RICHARD HOEFT,

    Plaintiff,

v.

Corrections Officer RYAN LEWALLEN,
Unit Manager WAYNE OLSON,
Sgt. MASON,
Corrections Officer PATROULLE,
JOHN DOE and JANE DOE,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-121-wmc

    This action came for consideration before the court with DISTRICT JUDGE WILLIAM M. CONLEY presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                 4/23/10
                                                       Date